# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON B. PERKINS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF MODESTO, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00126-LJO-EPG<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO TAKE DEPOSITION OF PLAINTIFF JASON B. PERKINS**<br><br>(ECF No. 42) |

　　　Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), Defendants have requested leave of the Court to take the deposition of Plaintiff, Jason B. Perkins, who is currently incarcerated at the Sierra Conservation Center. The Court will grant the request.

　　　IT IS ORDERD that Defendants may take the deposition of Plaintiff, Jason B. Perkins, prior to the February 18, 2020, close of non-expert discovery, with such deposition to take place at Plaintiff's place of confinement at the Sierra Conservation Center, located at 5100 Obyrnes Ferry Road, Jamestown, California.

IT IS SO ORDERED.

　　Dated:　**January 2, 2020**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE