DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
PATRICK D. MORIARTY, State Bar No. 213185
pmoriarty@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 697-2000
Facsimile:   (415) 813-2045

Attorneys for Defendants
CITY OF MODESTO, MODESTO POLICE DEPARTMENT, GALEN L. CARROLL, JERRY J. RAMAR

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO COURTHOUSE

| | |
|---|---|
| JASON B. PERKINS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF MODESTO, MODESTO POLICE DEPARTMENT, GALEN L. CARROLL, JERRY J. RAMAR, DOE 1, AND DOE 2 TO 25,<br><br>　　　　Defendants. | Case No. 1:19-CV-00126-LJO-EPG<br><br>**DECLARATION OF PATRICK D. MORIARTY IN REQUEST FOR AN EXTENSION OF THE EXPERT DISCOVERY CUTOFF**<br><br>Magistrate Judge Erica Grosjean<br><br>Trial:    January 26, 2021 |

I, Patrick Moriarty, declare:

1. I am an attorney licensed to practice in the State of California and admitted to practice before the United States District Court for the Eastern District of California. My firm represents the Defendants.

2. The expert discovery cutoff for this matter is March 19, 2020.

3. My office may disclose an expert on March 19, 2020. That individual cannot complete his work because his offices are in San Francisco and Oakland. Yesterday's Shelter in Place order closed all non-essential businesses in San Francisco and Oakland until April 7, 2020.

---

1

MORIARTY DEC ISO OPP TO MSA
1:19-CV-00126-LJO-EPG

347151.1

The possible expert cannot complete his report by the March 19, 2020 cutoff. As the Court is aware, these are difficult and challenging times.

4. Today, we asked counsel for Plaintiff for a stipulation to extend the expert discovery cutoff. Our request was denied. Plaintiff's counsel would only consider our request if we would prematurely disclose the identity of our expert and answer certain questions that we believe we cannot answer while we effectively defend our clients. (Attached as Exhibit "A" is the email between counsel regarding this request.)

5. We therefore request that this Court order that the discovery cutoff be extended to April 10, 2020 (solely for the purposes of this one possible expert witness) so that we can comply with the discovery disclosures in these uncertain times and uncharted waters.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed in San Francisco, California.

Respectfully submitted,

Dated: March 17, 2020

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP


By: /s/ Patrick D. Moriarty
PATRICK D. MORIARTY
Attorneys for Defendants
CITY OF MODESTO, MODESTO POLICE
DEPARTMENT, GALEN L. CARROLL,
JERRY J. RAMAR

# EXHIBIT A

**From:** Mark Merin <mark@markmerin.com>
**Sent:** Tuesday, March 17, 2020 11:35 AM
**To:** Patrick Moriarty <PMoriarty@aghwlaw.com>; Paul Masuhara <paul@markmerin.com>
**Cc:** Dale Allen <DAllen@aghwlaw.com>
**Subject:** RE: Perkins v. Modesto

Patrick,
We understand the difficulty of scheduling Mr. Perkins' deposition and we will not object to his deposition being reset to a time after the court's cut-off, so long as it is set as soon as the prison suspension is lifted.

We are not satisfied that we should stipulate to any suspension of the deadline by which the rule 26 report of the "expert you may disclose" must be filed. We had our experts prepare their reports well in advance of the deadline and are prepared to file them pursuant to the existing schedule. We would need to know a lot more detail to be convinced that any extension is appropriate: who is the expert and what prevents the expert from completing the report? What work has been done on the report and what remains to be done? How has any "shelter in place" recommendation prevented the completion of the report?

Best, Mark

Mark E. Merin, Esq.
Law Office of Mark E. Merin
1010 F Street, Suite 300
Sacramento, CA 95814
Telephone: 916/443-6911
Facsimile: 916/447-8336
Email: mark@markmerin.com

**CONFIDENTIALITY NOTICE:** This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication or otherwise. If you have received this communication in error, please phone (916) 443-6911. Thank you.

**From:** Patrick Moriarty [mailto:PMoriarty@aghwlaw.com]
**Sent:** Tuesday, March 17, 2020 11:11 AM
**To:** Paul Masuhara; Mark Merin
**Cc:** Dale Allen
**Subject:** Perkins v. Modesto

Gentlemen:

### DEPOSITION OF JASON PERKINS:

The California Department of Corrections and Rehabilitation has suspended prison visiting "until further notice" across the state over fears about COVID-19, the agency announced. Please see the press release from March 11, 2020 that has been included below.

It is therefore impossible to comply with the Court's prior order for taking the deposition of your client. Once the CDC re-opens visiting, we will (again) attempt to schedule the deposition of Mr. Perkins.

**EXPERT DISCLOSURES:**

As you are aware, expert disclosures are due on March 19, 2020. One expert who we may disclose cannot complete his work because his offices are in San Francisco and Oakland. Yesterday's Shelter in Place order closed non-essential businesses in San Francisco and Alameda counties until April 7, 2020. He therefore cannot complete his report by the cutoff. We would ask for a stipulation that, assuming the Shelter in Place order is lifted on April 7, 2020, that the expert disclosures cutoff (for this expert only) be extended until April 10, 2020. If you are facing similar issues with the impact of the Coronavirus, we would enter into any similar stipulations.

Thanks for your attention.

-Pat

**PATRICK MORIARTY**
ATTORNEY
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
pmoriarty@aghwlaw.com
main 415.697.2000 | direct 415.966.3203
aghwlaw.com

The information contained in this communication is confidential, is intended only for the use of the recipient named above, and is legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please resend this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
PATRICK MORIARTY, State Bar No. 213185
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 697-2000
Facsimile:   (415) 813-2045

Attorneys for Defendants
CITY OF MODESTO, MODESTO POLICE DEPARTMENT, GALEN L. CARROLL, JERRY J. RAMAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO COURTHOUSE

| | |
|---|---|
| JASON B. PERKINS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF MODESTO, MODESTO POLICE DEPARTMENT, GALEN L. CARROLL, JERRY J. RAMAR, DOE 1, AND DOE 2 TO 25,<br><br>    Defendants. | Case No. 1:19-CV-00126-LJO-EPG<br><br>**[PROPOSED] ORDER FOR DEFENDANTS' REQUEST FOR LEAVE OF COURT TO EXTEND NEXPERT DISCOVERY CUTOFF**<br><br>Magistrate Judge Erica Grosjean |

Pursuant to Judge Grosjean's Scheduling Conference Order (Docket No. 20), Defendants CITY OF MODESTO, MODESTO POLICE DEPARTMENT, GALEN L. CARROLL, JERRY J. RAMAR, and RYAN OLSON ("Defendants") request leave of Court to extend the expert discovery of March 19, 2020.

The Court hereby rules as follows:

Defendants may extend the expert discovery cutoff for one possible expert until April 10, 2020.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: _____ | _____<br>ERICA P. GROSJEAN<br>UNITED STATES MAGISTRATE JUDGE |