UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON B. PERKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF MODESTO, et al.,<br><br>    Defendants. | Case No. 1:19-CV-00126-LJO-EPG<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE OF COURT TO TAKE PLAINTIFF'S DEPOSITION AFTER NONEXPERT DISCOVERY CUTOFF**<br><br>(ECF No. 66) |

Defendants request leave of the Court to extend the deadline for taking the deposition of Plaintiff Jason B. Perkins, for filing dispositive motions, and for disclosing one expert witness. (ECF No. 66.) Plaintiff opposes the request. (ECF No. 67.)

The COVID-19 crisis, which continues to evolve, has created additional burdens on counsel and the ability of counsel to, among other things, take depositions and obtain expert reports in a timely manner. As a result, the Court has in general been more lenient with extensions of times and, in some circumstances, untimely requests for extensions of time.

Here, after carefully considering the arguments of the parties and the declarations of counsel, the Court finds good cause for and will accordingly grant the requested extensions of time.

IT IS ORDERED that Defendants' motion (ECF No. 66) is GRANTED as follows:

1. The deadline for Defendants to take the deposition of Plaintiff Jason B. Perkins is

extended to **September 18, 2020**;

2. The deadline for Defendants to disclose one expert is extended to **June 18, 2020**; and

3. The deadline for filing dispositive motions is extended to **October 15, 2020**.

IT IS SO ORDERED.

Dated:   **July 1, 2020**                            /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE

2