UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON B. PERKINS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF MODESTO, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00126-NONE-EPG<br><br>ORDER GRANTING CLARIFICATION REGARDING DEADLINE FOR DEFENDANTS' DISCLOSURE OF ONE EXPERT<br><br>(ECF No. 70) |

Before the Court is Defendant's request for clarification regarding the deadline for Defendants to disclose their expert. (ECF No. 70; *see* ECF No. 69.) The request is GRANTED.

IT IS ORDERED:

1. Defendants shall disclose their expert no later than **July 20, 2020**.
2. The deadline for disclosure of a rebuttal expert, if any, to this expert is **August 17, 2020**.

IT IS SO ORDERED.

Dated:  **July 14, 2020**            /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE