1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON B. PERKINS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF MODESTO, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:19-CV-00126-NONE-EPG<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE AND JURY TRIAL** |

　　　In light of the filing of the motion for summary judgment (ECF No. 85), the pretrial conference, set for November 5, 2020, is continued to **February 17, 2021, at 8:15 a.m.**, in Courtroom 4 before UnassignedDJ, and the jury trial, set for January 26, 2021, is continued to **April 20, 2021, at 8:30 a.m.**, in Courtroom 4 before UnassignedDJ.

IT IS SO ORDERED.

　　　Dated:　**October 16, 2020**　　　　　　　　/s/ _Erica P. Grosjean_
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1