**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON B. PERKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF MODESTO, et al.,<br><br>    Defendants. | No. 1:19-cv-00126-JLT-EPG<br><br>ORDER GRANTING UNOPPOSED MOTION FOR RECONSIDERATION<br><br>(Doc. 101) |

Pursuant to Fed. R. Civ. P. 54(b) and E.D. Cal. L.R. 230(j), and for the reasons set forth in the moving papers, the Court **GRANTS** Plaintiff's unopposed motion for reconsideration. (Docs. 101, 110.) The Court reconsiders its Order Denying in Part and Granting in Part Defendants' Motion for Summary Judgment (Doc. 98), as to the following claims alleged in the currently operative First Amended Complaint (Doc. 22 ("FAC")):

    (1)    As to the "Second Claim" for "unreasonable force" pursuant to Article I, Section 13 of the California Constitution, the Court DENIES summary judgment on Plaintiff's claims alleged against: (a) Officer Olson (FAC ¶ 48); (b) the City, Police Department, and Chief Carroll, for direct liability (FAC ¶ 49); and (c) the City and Police Department, for vicarious liability through Chief Carroll, Sergeant Ramar, and Officer Olson (FAC ¶ 50).

    (2)    As to the "Third Claim" for violation of the "Bane Act," Cal. Civ. Code § 52.1, the Court DENIES summary judgment on Plaintiff's claims alleged against: (a) the City, Police

Department, and Chief Carroll, for direct liability (FAC ¶ 58); and (b) the City and Police Department, for vicarious liability through Chief Carroll, Sergeant Ramar, and Officer Olson (FAC ¶ 59).

(3) As to the "Fifth Claim" for intentional infliction of emotional distress, the Court DENIES summary judgment on Plaintiff's claims alleged against: (a) Chief Carroll (FAC ¶ 73); and (b) the City and Police Department, for vicarious liability through Chief Carroll, Sergeant Ramar, and Officer Olson (FAC ¶ 74).

(4) As to the "Sixth Claim" for negligence, the Court DENIES summary judgment on Plaintiff's claims alleged against: (a) Officer Olson (FAC ¶ 80); (b) Chief Carroll (FAC ¶ 81); and (3) the City and Police Department, for vicarious liability through Chief Carroll, Sergeant Ramar, and Officer Olson (FAC ¶ 82).

IT IS SO ORDERED.

Dated:   **May 24, 2023**

UNITED STATES DISTRICT JUDGE

2