Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:        mark@markmerin.com
                    paul@markmerin.com

   Attorneys for Plaintiff
   JASON B. PERKINS

PATRICK D. MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue
Daly City, CA 94015
Telephone: (415) 213-4098

   Attorneys for Defendants
   CITY OF MODESTO, MODESTO POLICE
   DEPARTMENT, GALEN L. CARROLL,
   JERRY J. RAMAR, and RYAN OLSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON B. PERKINS,<br><br>                Plaintiff,<br><br>vs.<br><br>CITY OF MODESTO, et al.,<br><br>                Defendants. | Case No. 1:19-cv-00126-JLT-EPG<br><br>ORDER RE: STIPULATION FOR REFERRAL AND SETTLEMENT CONFERENCE<br><br>(ECF No. 117). |

**<u>STIPULATION</u>**

    Pursuant to Local Rule 270, the parties—Plaintiff Jason B. Perkins ("Plaintiff") and Defendants City of Modesto, Modesto Police Department, Galen L. Carroll, Jerry J. Ramar, and Ryan Olson (collectively, "Defendants")—submit the following Joint Stipulation for Settlement Conference.

1

WHEREAS, the parties jointly agree to participate in a settlement conference before Magistrate Judge Kendall J. Newman;

WHEREFORE, the parties have contacted and confirmed the availability of their principals and Magistrate Judge Newman to conduct a settlement conference in this matter on October 13, 2023; and

Now, THEREFORE, the parties STIPULATE:

1. that this matter shall be REFERRED to Magistrate Judge Kendall J. Newman for purposes of scheduling and conducting a settlement conference; and

2. that a settlement conference shall be SCHEDULED to occur in this matter before Magistrate Judge Kendall J. Newman on October 13, 2023.

IT IS SO STIPULATED.

Dated: June 22, 2023

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
Mark E. Merin
Paul H. Masuhara

   Attorneys for Plaintiff
JASON B. PERKINS

Dated: June 22, 2023

Respectfully Submitted,
CASTILLO, MORIARTY, TRAN & ROBINSON, LLP

*/s/ John B. Robinson*
(as authorized on June 22, 2023)

By: _____
Patrick D. Moriarty
John B. Robinson

   Attorney for Defendants
CITY OF MODESTO, MODESTO POLICE DEPARTMENT, GALEN L. CARROLL, JERRY J. RAMAR, and RYAN OLSON

**ORDER**

Based on the parties' stipulation (ECF No. 117), IT IS ORDERED that:

1. This matter is REFERRED to Magistrate Judge Kendall J. Newman for purposes of scheduling and conducting a settlement conference.
2. A settlement conference is SCHEDULED to occur in this matter before Magistrate Judge Kendall J. Newman on October 13, 2023, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **June 23, 2023**            /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

3