# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| JASON B. PERKINS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-00126-JLT-EPG |
| CITY OF MODESTO, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff JASON B. PERKINS                                                                  .

Date:   07/07/2023

/s/ Robert Chalfant
*Attorney's signature*

Robert L. Chalfant
*Printed name and bar number*

Law Office of Robert Chalfant
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
*Address*

robert@rchalfant.com
*E-mail address*

(916) 647-7728
*Telephone number*

(916) 930-6093
*FAX number*